**UNITED STATES DISTRICT OURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

**\*\*NOT PRINTED FOR PUBLICATION\*\***

| | |
|---|---|
| GUY RICHARDS,<br>    *Plaintiff*, | §<br>§<br>§   Civil Action No. 9:14-CV-136 |
| v. | §<br>§ |
| LUFKIN INDUSTRIES, INC.,<br>    *Defendant*. | §<br>§<br>§ |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Keith F. Giblin.  On March 8, 2021, Judge Giblin entered his report and recommendation (Doc. No. 243) recommending that the District Court deny the plaintiff's post-appellate motion for review of taxable costs.  No party has objected to the report and recommendation

The Court has considered the record and he magistrate judge's report.  Having conducted a *de novo* review, the Court is of the opinion that the findings and conclusions of the magistrate judge are correct.  It is therefore **ORDERED t**hat the Report and Recommendation on Motion for Review of Taxable Costs (Doc. No. 243) is **ACCEPTED**.  This Court therefore **ORDERS** that Plaintiff's Motion for Review of Taxable Costs (Doc. No. 238) is **DENIED**.

So ORDERED and SIGNED, Mar 26, 2021.

_____
Ron Clark
Senior Judge